# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Charles Eugene Griffin, II
Attorney at Law
P. O. Box 1817
St.Francisvill LA 70775

**REHEARING ACTION: December 19, 2012**

**Docket Number: 11   00842-CA**

**EDDIE RAY JACKSON**
**VERSUS**
**STATE OF LOUISIANA, ET AL.**

**Appealed from Concordia Parish Case No. 45574**

**BEFORE JUDGES:**

Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eddie Ray Jackson** has this day been

**DENIED.**
Gremillion, J., would grant rehearing.

cc: Robert Abendroth, Counsel for the Appellant
Jack Hendrix McLemore  Jr., Counsel for the Appellee
Jennifer Del Murray, Counsel for the Appellee
Debra Rutledge LeBlanc, Counsel for the Appellee
Hon. Bradley R. Burget, Counsel for the Appellee